Janet Hugie Smith (3001)
Matthew R. Lewis (7919)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
*Attorneys for Defendants*

FILED
U.S. DISTRICT COURT

2011 JUN -3  A 10:55

DISTRICT OF UTAH

BY: _____
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HAROLD J. JUDD DOMINGUEZ, DIANA SANCHEZ JUDD, DIANA SHANTELL JUDD, and STEPHANIE MARBELLA JUDD,<br><br>Plaintiffs,<br><br>v.<br><br>NUWORLD, INC., LIV INTERNATIONAL, LIV INTERNATIONAL SA DE CV (MX), LIV SXINNEY, ZXOOM INTERNATIONAL, JOHN C. "BUD" HOLLINGSHEAD, JEFFREY ALLEN TUTTLE, LIV MANAGEMENT LLC, JAMES CRITTENDEN, LYLE HENDERSON, JOHN SALDANA, AND JOHN DOES I-X,<br><br>Defendants. | [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND DISMISSING REMAINING CLAIMS WITHOUT PREJUDICE<br><br><br>Case No.: 2:10-cv-1074<br><br>Judge Bruce S. Jenkins |

The Court, having fully considered Defendants' Motion to Dismiss and the submissions of the parties, and having heard oral argument on this matter, hereby ORDERS that:

Count 11 of Plaintiffs Harold Judd Dominguez, Diana Sanchez Judd, Diana Shantell Judd, and Stephanie Marbella Judd ("Plaintiffs") complaint is dismissed without prejudice because it fails to state a claim and does not satisfy Federal Rule of Civil Procedure 9(b).

Count 12 of Plaintiffs' complaint is also dismissed without prejudice because it fails to

state a claim, as conceded by Plaintiffs.

The remaining causes of action in Plaintiffs' complaint, which raise issues of state law, are dismissed without prejudice for lack of subject matter jurisdiction.

The parties hereby stipulate and agree to dismiss all remaining claims, counterclaims, and cross claims, including any pertaining to Jesse Judd Dominguez without prejudice.

Plaintiffs shall have 20 days from signing of this Order to file an amended complaint, if they so choose.

DATED this 3 day of June, 2011.

BY THE COURT:

_____
Honorable Judge Bruce S. Jenkins

Approved as to form:

RAY QUINNEY & NEBEKER P.C.         FORD & HUFF LC

_____          _____
Janet Hugie Smith                  Adam D. Ford
Matthew R. Lewis                   Richard W. Linford
*Attorneys for Defendants*         Michelle Bushman
                                   *Attorneys for Plaintiffs*

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of _____, 2011, a true and correct copy of the foregoing **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** was filed with the Court by ECF and therefore served upon the following:

Adam D. Ford
Richard W. Linford
Michelle Bushman
FORD & HUFF LC
10542 South Jordan Gateway, Suite 300
South Jordan, UT 84095
*Attorney for Plaintiffs*

Janet Hugie Smith
Matthew R. Lewis
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
*Attorneys for Defendants*

_____

1133569