AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

FILED
U.S. DISTRICT COURT
2011 JUL -7 P 12:52
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

| | |
|---|---|
| Harold J. Judd Dominguez, Diana Sanchez Judd, Diana Shantell Judd and Stephanie Marbella Judd | **JUDGMENT IN A CIVIL CASE** |
| V. | |
| NUWORLD, INC, LIV INTERNATIONAL et al. | |
| | Case Number: 2:10 cv 1074 BSJ |

IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of the defendants on plaintiffs' remaining issues are dismissed without prejudice. All claim in plaintiffs' complaint which raise issues of state law are dismissed without prejudice and all remaining claims, counterclaims and cross claims, including any claims pertaining to Jesse Judd Dominguez are dismissed without prejudice.

July 6, 2011
Date

D. Mark Jones
Clerk of Court

(By) Deputy Clerk